UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff : <br> : <br> -against- : <br> : <br> $822,694.81 IN UNITED STATES CURRENCY, : <br> SEIZED FROM ACCOUNT NO. XXXXXX7424, : <br> HELD IN THE NAMES OF GODWIN EZEEMO : <br> AND WINIFRED C. N. EZEEMO, AT BANK OF : <br> AMERICA : <br> : <br> Defendants. : <br> : <br> [CLAIMANT: GODWIN EZEEMO AND : <br> WINIFRED C. N. EZEEMO] : | Civil No. 3:13-cv-545 (RCN) |

------------------------------------------------------------x

## VERIFIED CLAIM.

The Claimants herein, **GODWIN EZEEMO and WINIFRED C. N. EZEEMO**, hereby filed this verified claim pursuant to Rule G (5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. **PROPERTY CLAIMED**: $822,694.81 in United States Currency domiciled at Bank of America account number xxxxxxxx7424, and held in the names of Godwin Ezeemo and Winifred C. N. Ezeemo.

2. **CLAIMANTS AND INTERESTS**: The claimants are Godwin Ezeemo and Winifred C. N. Ezeemo. Claimants' interest is that the property is domiciled in Bank of America account number xxxxxxxx7424, held under the name of the claimants; that the property and/or the bank account were not used or acquired as a result of any wire fraud proceed or money laundering concealment, were not derived from any wire fraud proceed or money laundering concealment, were not the proceeds of any wire fraud proceed or money laundering concealment, were not to be used in any way whatsoever to facilitate any wire fraud proceed or money laundering concealment, that claimants are bona fide purchasers of the property, and that the claimants are innocent owners of the property.

3. Under the penalty of perjury, pursuant to 28 U.S.C. § 1746, this claim is not frivolous and that the contents are true and correct.

Dated: May 22, 2013.

1

ts are not frivolous and are true and correct to the best of my knowledge, information

_____
Godwin Ezeemo

## VERIFICATION/DECLARATION

I, Winifred C. N. Ezeemo, I am one of the claimants herein, I have read the contents of the foregoing Verified Claim and affirm, under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the contents are not frivolous and are true and correct to the best of my knowledge, information and belief.

_____
Winifred C. N. Ezeemo

**This form submitted by**:

Okechukwu Valentine Nnebe, Esq. (visiting attorney admission motion pending)
Nnebe & Associates, P.C.
255 Livingston Street, 3rd Floor
Brooklyn, NY 11217
Phone: (718) 360-5808
Fax: (718) 360-0843
E-mail: nnebe@hotmail.com

## CERTIFICATE OF SERVICE

I, Okechukwu Valentine Nnebe, Esq., being duly sworn, state under the penalty of perjury and say: I am over 18 years of age; I am not a party to this action and on the 24th day of May, 2013, I served a copy of the within verified complaint by USPS Express Overnight Delivery upon Julie G. Turbert, Assistant U.S. Attorney, 157 Church Street, 25th Floor, New Haven, CT 06510.

Dated:  May 24, 2013.

*[signature]*
Okechukwu Valentine Nnebe, Esq.