April 12, 2016       4/13/2016

TO: the Office of the Clerk, United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut 06104

SUBJECT: Leon Li-heng Wu's Verified Claim in $822,694.81 in United States Currency, Seized from Account No. XXXXXXXX7424, held in the name of Godwin Ezeemo and Winifred C. N. Ezeemo at Bank of America

My verified claims are records of wiring from me to G. Ezeemo's Bank of America account with account no as "005500767424". The total amount of money from my wiring record is $660,000.

My record is shown as:

1, Vanguard Investment Company wiring receipt $10,000 on 7/8/2011

2, Amplify credit Union wiring receipt $100,000 on 7/28/2011

3, Amplify credit Union wiring receipt $100,000 on 8/2/2011

4, Amplify credit Union wiring receipt $70,000 on 9/20/2011

5, Amplify credit Union wiring receipt $60,000 on 10/4/2011

6, Amplify credit Union wiring receipt $120,000 on 8/22/2011

7, Amplify credit Union wiring receipt $150,000 on 10/24/2011

8, Vanguard wiring $50,000 on 7/15/2011



In 2011, I lived in 10212 Lundie Cove, Austin TX 78726.  My current address is 13750 Dutch Hollow Drive, Frisco TX 75033.  Also in 2011, my banks are Amplify Credit Union and Vanguard Investment Company.

In 2011, I was a victim of Internet crime by a girl and a group of persons.  They swindled me for a sum of $ 1,842,804. That girl's name is Salerno Joan. She lived in London, England. One of persons in that group is G Ezeemo.

This incident is described in my petition to ATTORNEY GENERAL OF UNITED STATE on 5/28/2013. That petition is enclosure (9). I filed that petition under advice from Acting UNITED STATE ATTORNEY- JULIE G. TURBERT. Ms. TURBERT sent me a letter on 5/15/2013. That letter is enclosure (10).

Very truly yours

Leon Li-heng Wu

4/13/2016

Enclosure:

(1) Vanguard Investment Company wiring receipt, 7/8/2011

(2) Amplify credit Union wiring receipt, 7/28/2011

(3) Amplify credit Union wiring receipt, 8/2/2011

(4) Amplify credit Union wiring receipt, 9/20/2011

(5) Amplify credit Union wiring receipt, 10/4/2011

(6) Amplify credit Union wiring receipt, 8/22/2011

(7) Amplify credit Union wiring receipt, 10/24/2011

(8) United States of America v. $822,694.81 in United States Currency, seized from account no. XXXXXXXX7424, held in the names of Godwin Ezeemo and Winifred C.N. Ezeemo, at Bank of America, P.10 marked with #

(9) Petition to United State Attorney General of the United States, 5/28/2013

(10) Letter to Leon Li-heng Wu by Acting United States Attorney, 5/15/2013

STATE OF TEXAS
COUNTY OF DENTON

Sworn to (or affirmed) and subscribed before me this 13 day of APR 2016, by LEON LI-HENG WU

Notary Public's Signature       Notary Name  Sandi Sabonis
Personally Known _____ OR
Type of Identification Produced  TX DL

SANDI SABONIS
NOTARY PUBLIC
STATE OF TEXAS
ID # 12580623-4
My Comm. Expires 08-18-2018

*Enclosure  (1)*

*receipt # 1 — A*



July 11, 2011

**Vanguard Flagship Services ™**

P.O. Box 1103
Valley Forge, PA  19482-1103

www.vanguard.com

LEON LI HENG WU
10212 LUNDIE CV
AUSTIN TX  78726-1373

Dear Mr. Wu:

I am sending this letter to provide information regarding a wire transaction.

**Wire Transaction #1**
Trade date: June 8, 2011

Amount: $100,000.00

Wired from:
Leon Li Heng Wu Individual Account
Vanguard Prime Money Market Fund
Fund/account number: 0030-88030984794

Sent to:
Standard Chartered Bank
Bank routing number: 026002561
Bank account number: 3582020091001
Bank account type: Checking
Name on bank account: Universal Logistic Multipoints, Ltd.
Federal reference ID#: 0708B1Q8984C003046

**Wire Transaction #2**
Trade date: July 8, 2011

Amount: $10,000.00

Wired from:
Leon Li Heng Wu Individual Account
Vanguard Prime Money Market Fund
Fund/account number: 0030-88030984794

- 7-

*Enclosure (1)*

*Receipt #  1 — B*

Sent to:
Bank of America
Bank routing number: 026009593
Bank account number: 005500767424
Bank account type: Checking
Name on bank account: G. Eezeemo
Federal reference ID#: 0708B1Q8983C002807

If you have any questions, please call me at **800-345-1344, Ext. 1104**, on business days from 8 a.m. to 10 p.m. or on Saturdays from 9 a.m. to 4 p.m., Eastern time. If I'm unavailable, you can speak with another representative, or you can leave me a voice mail and I will return your call.

Sincerely,

*Kathryne R. Davison*

Kathryne R. Davison
Registered Representative

51803418

*—8—*

receipt #4          Enclosure (2)



**CREDIT UNION**

## Outgoing Domestic Wire Transfer Form

The undersigned originator requests payment to be made to the recipient or account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the institution named above is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which may occur as a result of any other party's involvement in processing this transfer.

### All fields required. Please view included instructions when filling out form

| 1. Member Information | | |
|---|---|---|
| Member Name: Leon Wu | Day time phone #: | 512-918-9886 |
| Street Address: 10212 Lundie Cove | City, State, Zip: | Austin, TX 78726 |
| Identification #: 17176900 | ID Type: | TX DL |
| Account number: 4409746 | Account type (i.e. S1, S5, S9): | S5 |
| Wire amount: $100,000.00 | + Wire Fee $15 = Total Amount: | $100,015.00 |

| 2. Receiving bank Information | | |
|---|---|---|
| Receiving Financial Institution: BANK OF AMERICA | City, State: | NORTH ORLANDO, FLORIDA |
| ABA (or Routing/Transit) #: 063000047 | Branch: | 800 JOHN YOUNG PARKWAY |
| (must be 9 digits and online with the Federal Reserve Bank) | | |

| 3. Beneficiary information | | |
|---|---|---|
| Beneficiary Name: G EZEEMO | ABA or Acct Number: | 005500767424 |
| Street Address: 753 WEST BOULEVARD | City, State, Zip | CHIPLEY, FLORIDA 32428 |

| 4. Final Credit to   *If applicable, please see attached instructions. | | |
|---|---|---|
| Final Recipient Credit to: | Acct Number: | |
| Street Address | City, State, Zip | |
| Special Instructions | | |

I authorize Amplify Federal Credit Union to debit my account, referenced above, for the Total Amount indicated for this Wire Transfer request and agree the information above is accurate.

Member's Signature (Please note: For your security, we require a signature for all outgoing wire transfers)

07-28-2011
**Date**

Wire cut-off time is 3:30 P.M. Central on business days (Monday- Friday) that we are open. Requests received after the cut-off time will be processed the following business day.
Submit this form in person at one of our convenient branch locations, or fax to (512) 491-1018.

| Below for Credit Union Use only | | |
|---|---|---|
| Date: 7-28-2011 | Employee: SManzer | Teller # 139   Ext: |
| Approved by: (Print Name) | Signature: | Teller #   Ext: |
| Verification Used: TXDL 17176900 | | |
| Secondary Approval Required over $10k | | |
| For Accounting Use Only | | |
| Placed By | Verified | |

Amplify Federal Credit Union PO Box 85300 Austin, Texas 78708 phone 512.836.5901 toll free 800.237.5087 cumail@goamplify.com www.goamplify.com

-12-

*Enclosure* (3)



**CREDIT UNION**

## Outgoing Domestic Wire Transfer Form

The undersigned originator requests payment to be made to the recipient or account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the institution named above is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which may occur as a result of any other party's involvement in processing this transfer.

*All fields required. Please view included instructions when filling out form*

### 1.   Member Information

| | | | |
|---|---|---|---|
| Member Name: | Leon Wu | Day time phone #: | 512-918-9886 |
| Street Address: | 10212 Lundie Cove | City, State, Zip: | Austin, TX 78726 |
| Identification #: | TX DL 17176900 | ID Type: | TX DL |
| Account number: | 4409746 | Account type (i.e. S1, S5, S9): | S5 |
| Wire amount: | $100,000.00 | + Wire Fee $15 = Total Amount: | $100,015.00 |

### 2. Receiving bank Information

| | | | |
|---|---|---|---|
| Receiving Financial Institution: | Bank of America | City, State: | North Orlando, FL |
| ABA (or Routing/Transit) #: | 063000047 | Branch: | 800 John Young Parkway |
| (must be 9 digits and online with the Federal Reserve Bank) | | | |

### 3.   Beneficiary information

| | | | |
|---|---|---|---|
| Beneficiary Name: | G Ezeemo | ABA or Acct Number: | 005500767424 |
| Street Address: | 753 West Boulevard | City, State, Zip | Chipley, FL 32428 |

### 4. Final Credit to   *if applicable, please see attached instructions.

| | | | |
|---|---|---|---|
| Final Recipient Credit to: | | Acct Number: | |
| Street Address | | City, State, Zip | |
| Special Instructions | | | |

I authorize Amplify Federal Credit Union to debit my account, referenced above, for the Total Amount indicated for this Wire Transfer request and agree the information above is accurate.

_____     8/2/11

**Member's Signature** (Please note: For your security, we require a signature for all outgoing wire transfers)     **Date**

**Wire cut-off time is 3:30 P.M. Central on business days (Monday- Friday) that we are open. Requests received after the cut-off time will be processed the following business day.**
Submit this form in person at one of our convenient branch locations, or fax to (512) 491-1018.

### Below for Credit Union Use only

| | | | |
|---|---|---|---|
| Date: | Employee: | Teller # | Ext: |
| Approved by: (Print Name) | Signature: | Teller # | Ext: |
| Verification Used: | | | |
| Secondary Approval Required over $10k | | | |

### For Accounting Use Only

| | |
|---|---|
| Placed By | Verified |

Amplify Federal Credit Union PO Box 85300 Austin, Texas 78708 phone 512.836.5901 toll free 800.237.5087 cumail@goamplify.com www.goamplify.com

*receipt # 12*          *Enclosure (4)*


**CREDIT UNION**

**Outgoing Domestic Wire Transfer Form**

The undersigned originator requests payment to be made to the recipient or account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the institution named above is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which may occur as a result of any other party's involvement in processing this transfer.

### All fields required.  Please view included instructions when filling out form

**1.   Member Information**

| | | |
|---|---|---|
| Member Name: | Leon Wu | Day time phone #: 512-918-9886 |
| Street Address: | 10212 Lundie Cove | City, State, Zip: Austin, TX 78726 |
| Identification #: | 17176900 | ID Type: TXDL |
| Account number: | 4409746 | Account type (i.e. S1, S5, S9): S5 |
| Wire amount: | $70,000.00 | + Wire Fee $15 = Total Amount: $70,015.00 |

**2. Receiving bank Information**

| | | |
|---|---|---|
| Receiving Financial Institution: | Bank of America | City, State: North Orlando, FL |
| ABA (or Routing/Transit) #: | 083000047 | Branch: 800 John Young PKWY |
| (must be 9 digits and online with the Federal Reserve Bank) | | |

**3.  Beneficiary Information**

| | | |
|---|---|---|
| Beneficiary Name: | G. Ezeemo | ABA or Acct Number: 005500767424 |
| Street Address: | 753 West Blvd | City, State, Zip: Chipley, FL 34428 |

**4. Final Credit to**   *If applicable, please see attached instructions.

| | | |
|---|---|---|
| Final Recipient Credit to: | same as Beneficiary | Acct Number: |
| Street Address: | | City, State, Zip: |
| Special Instructions | | |

I authorize Amplify Federal Credit Union to debit my account, referenced above, for the Total Amount indicated for this Wire Transfer request and agree the information above is accurate.

Member's Signature (Please note: For your security, we require a signature for all outgoing wire transfers)          09/20/2011
                                                                                                                    Date

Wire cut-off time is 3:30 P.M. Central on business days (Monday- Friday) that we are open. Requests received after the cut-off time will be processed the following business day.
Submit this form in person at one of our convenient branch locations, or fax to (512) 491-1018.

**Below for Credit Union Use only**

| | | | |
|---|---|---|---|
| Date: 9/20/2011 | Employee: | Teller # 74 | Ext: |
| Approved by: (Print Name) Russell Roper | Signature: | Teller # 261 | Ext: |
| Verification Used: TXDL 17176900 EXP 7/14/16 | | | |
| Secondary Approval Required over $10k | | | |

**For Accounting Use Only**

| | |
|---|---|
| Placed By | Verified |

Amplify Federal Credit Union PO Box 85300 Austin, Texas 78708 phone 512.836.5901 toll free 800.237.5087 cumail@goamplify.com www.goamplify.com

*Receipt #15*                    *Enclosure (5)*



**CREDIT UNION**

**Outgoing Domestic Wire Transfer Form**

The undersigned originator requests payment to be made to the recipient or account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the institution named above is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which may occur as a result of any other party's involvement in processing this transfer.

*All fields required.  Please view included instructions when filling out form*

**1.  Member Information**

| | |
|---|---|
| **Member Name:** Leon Wu | **Day time phone #:** 512-918-9886 |
| **Street Address:** 10212 Lundie Cove | **City, State, Zip:** Austin, TX, 78726 |
| **Identification #:** 17176900 | **ID Type:** TX DL |
| **Account number:** 4409746 | **Account type (i.e. S1, S5, S9):** S5 |
| **Wire amount:** $60,000.00 | **+ Wire Fee $15 = Total Amount:** $60,015.00 |

**2. Receiving bank information**

| | |
|---|---|
| **Receiving Financial Institution:** Bank of America | **City, State:** North Orlando, FL |
| **ABA (or Routing/Transit) #:** 063000047 | **Branch:** 800 John Young Pkwy |
| (must be 9 digits and online with the Federal Reserve Bank) | |

**3.  Beneficiary Information**

| | |
|---|---|
| **Beneficiary Name:** G. Ezeemo | **ABA or Acct Number:** 005500767424 |
| **Street Address:** 753 West Blvd | **City, State, Zip** Chipley, FL, 34428 |

**4. Final Credit to**    *If applicable, please see attached instructions.*

| | |
|---|---|
| **Final Recipient Credit to:** | **Acct Number:** |
| **Street Address** | **City, State, Zip** |
| **Special Instructions** | |

I authorize Amplify Federal Credit Union to debit my account, referenced above, for the Total Amount indicated for this Wire Transfer request and agree the information above is accurate.

**Member's Signature** (Please note: For your security, we require a signature for all outgoing wire transfers)

10/04/2011
**Date**

Wire cut-off time is 3:30 P.M. Central on business days (Monday- Friday) that we are open. Requests received after the cut-off time will be processed the following business day.
Submit this form in person at one of our convenient branch locations, or fax to (512) 491-1018.

**Below for Credit Union Use only**

| | | |
|---|---|---|
| **Date:** 10/4/2011 | **Employee:** Laura Price | **Teller #** 211 **Ext:** |
| **Approved by:** (Print Name) Russell Root | **Signature:** | **Teller #** 261 **Ext:** |
| **Verification Used:** | | |
| **Secondary Approval Required over $10k** | | |
| **For Accounting Use Only** | | |
| **Placed By** | **Verified** | |

Amplify Federal Credit Union PO Box 85300 Austin, Texas 78708 phone 512.836.5901 toll free 800.237.5087 cumail@goamplify.com www.goamplify.com

-24-

*receipt #1*        *Enclosure (6)*



**AMPLIFY**
CREDIT UNION

**Outgoing Domestic Wire Transfer Form**

The undersigned originator requests payment to be made to the recipient or account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the institution named above is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which may occur as a result of any other party's involvement in processing this transfer.

**All fields required.  Please view included instructions when filling out form**

### 1.  Member Information

| | | | |
|---|---|---|---|
| Member Name: | LEON WU | Day time phone #: | 5129189886 |
| Street Address: | 10212 LUNDIE COVE | City, State, Zip: | AUSTIN, TX 78726 |
| Identification #: | 17176900 | ID Type: | TX DL |
| Account number: | 4409746 | Account type (i.e. S1, S5, S9): | S5 |
| Wire amount: | $120,000.00 | + Wire Fee $15 = Total Amount: | $120,015.00 |

### 2. Receiving bank Information

| | | | |
|---|---|---|---|
| Receiving Financial Institution: | BANK OF AMERICA | City, State: | NORTH ORLANDO, FL |
| ABA (or Routing/Transit) #: | 063000047 | Branch: | 800 JOHN YOUNG PARKWAY |
| (must be 9 digits and online with the Federal Reserve Bank) | | | |

### 3.  Beneficiary Information

| | | | |
|---|---|---|---|
| Beneficiary Name: | G. EZEEMO | ABA or Acct Number: | 005500767424 |
| Street Address: | 753 WEST BLVD | City, State, Zip | CHIPLEY, FL 32428 |

### 4. Final Credit to   *if applicable, please see attached instructions.

| | | | |
|---|---|---|---|
| Final Recipient Credit to: | | Acct Number: | |
| Street Address | | City, State, Zip | |
| Special Instructions | | | |

I authorize Amplify Federal Credit Union to debit my account, referenced above, for the Total Amount indicated for this Wire Transfer request and agree the information above is accurate.

Member's Signature (Please note: For your security, we require a signature for all outgoing wire transfers)        Date   8-22-2011

Wire cut-off time is 3:30 P.M. Central on business days (Monday- Friday) that we are open. Requests received after the cut-off time will be processed the following business day.
Submit this form in person at one of our convenient branch locations, or fax to (512) 491-1018.

| Below for Credit Union Use only | | | |
|---|---|---|---|
| Date: 8/22/11 | Employee | Teller # 72 Ext: 5438 | |
| Approved by: (Print Name) Russ Root | Signature: Jac Gonzalez | Teller # 7663 Ext: #54 | |
| Verification Used: | | | |
| Secondary Approval Required over $10k | | | |
| For Accounting Use Only | | | |
| Placed By | | Verified | |

Amplify Federal Credit Union PO Box 85300 Austin, Texas 78708 phone 512.836.5901 toll free 800.237.5087 cumail@goamplify.com www.goamplify.com

-16-

*receipt # 20*

*Enclosure (7)*



**AMPLIFY**
CREDIT UNION

## Outgoing Domestic Wire Transfer Form

The undersigned originator requests payment to be made to the recipient or account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the institution named above is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which may occur as a result of any other party's involvement in processing this transfer.

### *All fields required. Please view included instructions when filling out form.*

**1.   Member Information**

| | | | |
|---|---|---|---|
| Member Name: | Leon Wu | Day time phone #: | 512-918-9888 |
| Street Address: | 10212 Lendie Cove | City, State, Zip: | Austin, TX 78728 |
| Identification #: | 17176900 | ID Type: | TXDL |
| Account number | 4409746 | Account type (i e S1, S5, S9) | S5 |
| Wire amount: | $150,000 00 | + Wire Fee $15 = Total Amount | $150,015 00 |

**2. Receiving bank Information**

| | | | |
|---|---|---|---|
| Receiving Financial Institution | Bank of America | City, State: | North Orlando, FL |
| ABA (or Routing/Transit) #: | 063000047 | Branch: | 800 John Young PKWY |
| (must be 9 digits and online with the Federal Reserve Bank) | | | |

**3.   Beneficiary Information**

| | | | |
|---|---|---|---|
| Beneficiary Name: | G Ezeemo | ABA or Acct Number: | 005500767424 |
| Street Address: | 753 West Blvd | City, State, Zip | Chopley, FL 34428 |

**4. Final Credit to**   *If applicable, please see attached instructions.

| | | | |
|---|---|---|---|
| Final Recipient Credit to: | | Acct Number: | |
| Street Address | | City, State, Zip | |
| Special Instructions | | | |

I authorize Amplify Federal Credit Union to debit my account, referenced above, for the Total Amount indicated for this Wire Transfer request and agree the information above is accurate

Member's Signature (Please note  For your security, we require a signature for all outgoing wire transfers)        10/24/2011
                                                                                                                      Date

Wire cut-off time is 3:30 P.M. Central on business days (Monday- Friday) that we are open. Requests received after the cut-off time will be processed the following business day.
Submit this form in person at one of our convenient branch locations, or fax to (512) 491-1018

| Below for Credit Union Use only | | | | | |
|---|---|---|---|---|---|
| Date | 10/24/2011 | Employee Signature | Laura Price | Teller # | 211 Ext |
| Approved by (Print Name) | LINDA TOON | Signature | | Teller # | 211 Ext  6262 |
| Verification Used. | Drivers License | | | | |
| Secondary Approval Required over $10k | | | | | |
| **For Accounting Use Only** | | | | | |
| Placed By | | | Verified | | |

Amplify Federal Credit Union PO Box 85300 Austin  Texas 78708 phone 512 836 5901 toll free 800 237 5087 cumail@goamplify.com www goamplify com

4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT                    *Enclosure (8)*

UNITED STATES OF AMERICA,                 :
                                          :
                    Plaintiff,            :
                                          :
        v.                                :      Civil No. 3:13CV545 (RNC)
                                          :
$822,694.81 IN UNITED STATES              :
CURRENCY, SEIZED FROM ACCOUNT :
NO. XXXXXXXX7424, HELD IN THE             :
NAMES OF GODWIN EZEEMO AND                :
WINIFRED C. N. EZEEMO, AT                 :
BANK OF AMERICA,                          :
                                          :      August 3, 2015
                    Defendant.            :
                                          :
[CLAIMANTS: GODWIN EZEEMO AND :
  WINIFRED C. N. EZEEMO]                  :

MOTION FOR RECONSIDERATION

The plaintiff, United States of America, respectfully moves for reconsideration of the

Court's July 24, 2015 decision granting Weycer, Kaplan, Pulaski and Zuber's Renewed Motion to

Intervene.  The Court may have over looked that there are other victims who stand on equal

footing with the Weycer Law Firm.

The Court determined that Weycer has standing to contest the forfeiture because it is the

beneficiary of a constructive trust in the $194,340 it wired to the Bank of America account finding

that it "stands on much stronger footing than victims who cannot trace their funds into the Bank of

America account."  Ruling and Order at 11.  By finding that the Weycer Law firm "stands on a

much stronger footing than victims who cannot trace their funds," the Court is under the

misimpression that other victims cannot also trace their funds to into the account.  In fact, there

are other victims who stand on equal footing and can trace their funds to the Bank of America

P.  1

Account. The Government's Objection named six (6) other victims who have filed Petitions for Remission that can also directly trace their funds to the Bank of America account.[1] Pl.'s Obj. at 5-6 (ECF No. 40). The Government's Objection included an excerpt from the Ezeemo Bank of America account statements showing deposits of other victim funds into the account. The Government re-submits that exhibit and has highlighted in yellow the deposits into the account from the other victims who have submitted Petitions for Remission.[2] *See* Exhibit A.

Specifically, on March 15, 2012 -- more than a month after the Weycer wire transfer and just eleven days before the account was seized -- the Bank of New Canaan, on behalf of New Canaan Lumber, wire transferred $154,210.86 and Deborah Stuckey wire transferred $40,000 to the Bank of America account. *See* Exhibit A at 8; *see also* Bank of New Canaan's sworn Petition for Remission, Exhibit B, and Deborah Stuckey's sworn Petition for Remission, Exhibit C.

Another victim who can trace his funds to the Bank of America account and who filed a Petition for Remission is Leon Wu. Mr. Wu made 8 wire transfers totaling $660,000 into the Bank of America account from July to October 2011, as follows:

    $10,000.00 on July 8, 2011
    $ 50,000.00 on July 15, 2011
    $100,000.00 on July 28, 2011
    $100,000.00 on August 2, 2011
    $120,000.00 on August 22, 2011
    $ 70,000.00 on September 20, 2011
    $ 60,000.00 on October 4, 2011
    $150,000.00 on October 24, 2011

Ex. A at 1-5; *see also* Leon Wu's sworn Petition for Remission, Exhibit D.

---

[1] The Government made a concerted effort to identify all potential victims and give notice of the forfeiture action and Petition for Remission procedures. However, not all individuals who were notified filed Petitions for Remission.

[2] The account statement also reflects other victim deposits, but those amounts are not highlighted as those victims did not submit Petition for Remissions.

In October 2011, Nami Nagasaki deposited $23,000 into the Bank of America account by teller deposits of $4,000 on October 13, 2011 and $19,000 October 17, 2011. *See* Ex. A at 5; *see also* Nami Nagasaki's sworn Petition for Remission, Exhibit E.

In November 2011, Dr. Marilyn Jansen deposited $7,500 into the Bank of America account by teller deposits of $4,500 on November 9, 2011 and $3,000 November 22, 2011. *See* Ex. A at 6; *see also* Marilyn Jansen's sworn Petition for Remission, Exhibit F. The Bank of America statement also shows a $4,000 wire transfer from Dr. Marilyn Jansen on September 15, 2015. Ex. A at 4.

On November 3, 2011, Patsy Easterling wire transferred $5,000 into the Bank of America account. *See* Ex. A at 5; *see also* Patsy Easterling's sworn Petition for Remission, Exhibit G.

This Court recognizes that it "*may* refuse to recognize a constructive trust to avoid unequal treatment among similarly situated victims. . . ." Ruling and Order at fn. 6 (emphasis in original). However, the Court's ruling would absolutely result in unequal treatment among similarly situated victims because there are at least six (6) other victims that have come forward who can directly trace their funds – just like the Weycer Law Firm – to the Bank of America account. It would be inequitable and unfair to allow the Weycer Law Firm recover all of its loss at the expense of other victims who can also trace funds to the account.

The Second Circuit has recognized that the district court has discretion to refuse to impose a constructive trust where it would lead to an inequitable result. In *Willis Management v. United States*, 652 F.3d 236 (2d Cir. 2011), the Second Circuit noted that a constructive trust should not be imposed when it "would unfairly elevate the petitioners' claims over those of multiple 'similarly

situated victims.'" *Willis Management*, 652 F.3d at 246.   In *Willis* Management, the Second

Circuit cited to the 11th Circuit decision in *United States v. Ramunno*, 599 F.3d 1269, 1275 (11th

Cir. 2010), which recognized that to allow one victim "to fully recover his loss from the limited

pool of recovered assets at the expense of the remaining victims would render an inequitable and

fundamentally unfair result," noting that the only difference between the victim seeking a

constructive trust in *Ramunno* "and the other victims is that he was defrauded last.   This

distinction should not dictate that he receive more of the forfeited assets than the other victims of

the fraud."   *Ramunno*, 599 F.3d at 1275.   Similarly here, fairness does not call for a constructive

trust because it would elevate the Weycer Law Firm over that of similarly situated victims and

deplete the limited pool of funds.

If the Court's ruling stands, the United States will notify the six (6) Petitioners who were

defrauded and deposited funds into the Bank of America account to afford them the same

opportunity to intervene in the case and file claims to protect their interests as the pool of funds

will be diminished if the Weycer Law Firm defeats forfeiture and is granted full recovery.   As

noted in *United States v. Schwimmer*, 968 F.2d 1570 (2d Cir. 1992), Congress vested the power in

the Attorney General, not the judiciary, to remit funds for victim compensation.   21 U.S.C. §

853(i).   Intervention by other similarly situated victims will result in claims that exceed the value

of the seized account and the Court will be tasked with deciding how the seized funds should be

fairly distributed to compensate victims.   The Court will also have to reconcile that earlier

deposits totaling $380,000 from Mr. Wu which were wire transferred in from July 8 to August 22,

2011 were depleted when the account balance dipped to $3,916.96 on September 14, 2011.   Ex. A

at 4.

The Court should reconsider conferring standing to the Weycer Law Firm and imposing a constructive trust in the full amount of its loss.   Such result would be unfair and inequitable to the similarly situated victims who have also traced their funds to the Bank of America account. Moreover, such result will open the door for other victims to intervene and transform the forfeiture proceeding into an unwieldy liquidation proceeding which may prevent the equitable distribution of the funds to the victims.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


_____/s/ Julie G. Turbert_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT   06510
TELEPHONE:   (203) 821-3700
FAX: (203) 773-5373
EMAIL:   Julie.Turbert@usdoj.gov

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, a copy of the foregoing Motion for

Reconsideration was filed electronically and served by mail on anyone unable to accept

electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the

Court's electronic filing system or by mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's

CM/ECF System.


 _/s/ Julie G. Turbert_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT   06510
TELEPHONE:   (203) 821-3700
FAX:   (203) 773-5373
EMAIL:   Julie.Turbert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, a copy of the foregoing Motion for Reconsideration was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

/s/ Julie G. Turbert
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT   06510
TELEPHONE:   (203) 821-3700
FAX:   (203) 773-5373
EMAIL:   Julie.Turbert@usdoj.gov

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 4
Statement Period
02-08-12 through 03-09-12
B 05 E A E PA S
Number of checks enclosed 0
Account Number            7424

## Regular Checking

GODWIN EZEEMO   WINIFRED C N EZEEMO

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0055 0076 7424 |
| Beginning Balance on 02-08-12 | $ | 149,791.08 |
| Deposits and Other Additions | + | 256,431.00 |
| Checks Posted | - | 27,146.52 |
| ATM and Debit Card Subtractions | - | 13.94 |
| Service Charges and Other Fees | - | 48.00 |
| Ending Balance on 03-09-12 | $ | 379,013.62 |

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 02-09 | 194,340.00+ | 344,131.08 | Wire Type:Wire IN Date: 120209 Time:1013 Et Trn:2012020900130395 Seq:2012020900001554/000210 Orig:Weycer Kaplan Pulaski And ID:0003149978 Snd Bk:Amegy Bank, N.A. ID:113011258 |
| 02-09 | 10,000.00+ | 354,131.08 | Counter Credit |
| 02-09 | 2,300.00+ | 356,431.08 | Wire Type:Wire IN Date: 120209 Time:0635 Et Trn:2012020900076817 Seq:0013700040Es/000078 Orig:Cynthia Acosta ID:830331773 Snd Bk:Jpmorgan C Hase Bank, NA ID:021000021 Pmt Det:Dcd Of 12/02/09 |
| 02-09 | 12.00- | 356,419.08 | Wire Transfer Fee |
| 02-09 | 12.00- | 356,407.08 | Wire Transfer Fee |
| 02-14 | 5,000.00- | 351,407.08 | Check      159 |
| 02-16 | 3,900.00+ | 355,307.08 | CA Tlr transfer Banking Ctr Cathedral City        #0002448 CA Confirmation# 2643492805 |
| 02-16 | 21,267.52- | 334,039.56 | Check      160 |
| 02-21 | 6,000.00+ | 340,039.56 | Wire Type:Wire IN Date: 120221 Time:0819 Et Trn:2012022100153193 Seq:0042300052Es/000407 Orig:Cynthia Acosta ID:830331773 Snd Bk:Jpmorgan C Hase Bank, NA ID:021000021 Pmt Det:Dcd Of 12/02/21 Regarding Samuel Rice. |
| 02-21 | 2,600.00+ | 342,639.56 | Counter Credit |
| 02-21 | 12.00- | 342,627.56 | Wire Transfer Fee |
| 02-22 | 879.00- | 341,748.56 | Check      143 |
| 02-27 | 8,000.00+ | 349,748.56 | Counter Credit |
| 02-27 | 1,755.00+ | 351,503.56 | Wire Type:Wire IN Date: 120227 Time:1103 Et Trn:2012022700169730 Seq:Cp00100003255648/330349- Orig:Omar Eid Saad AL-Sheikh D Snd Bk:Habib Americ An Bank ID:0736 Pmt Det:59-13-188962 For Lawyer's Fee //Ogb Ref :59-13-188962 |
| 02-27 | 12.00- | 351,491.56 | Wire Transfer Fee |
| 02-28 | 4,000.00- | 355,491.56 | CA Tlr transfer Banking Ctr Cathedral City        #0002448 CA Confirmation# 6345581789 |

7

Ezeemo000566

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 3
Statement Period
03 10 12 through 04-09-12
B 0S E A E PA 5
Number of checks enclosed. 0
Account _____ 7424

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 03-12 | 21,980.00+ | 400,993.62 | Wire Type:Wire IN Date: 120312 Time:1316 Et Trn:2012031200193917 Seq:0312639517010470/010329 Orig:Mr Steven Blackburn ID:609130186120 Snd Bk:DE Utsche Bank Trust Co. Ameri ID:021001033 Pmt Det:A Ba 063000047 |
| 03-12 | 12.00- | 400,981.62 | Wire Transfer Fee |
| 03-14 | 10,000.00- | 410,981.62 | Wire Type:Wire IN Date: 120314 Time:1052 Et Trn:2012031400136576 Seq:2012031400004987/001350 Orig:Maxene Saunders ID:0130000565458 Snd Bk:Suntr Ust Bank ID:061000104 |
| 03-14 | 12.00- | 410,969.62 | Wire Transfer Fee |
| 03-15 | 154,210.86+ | 565,180.48 | Wire Type:Wire IN Date. 120315 Time:1437 Et Trn:2012031500219596 Seq: /001640 Orig:New Canaan Lumber ID:99991020211221 Snd Bk:Ba Nk Of New Canaan ID.021113662 |
| 03-15 | 40,000.00+ | 605,180.48 | Wire Type:Wire IN Date: 120315 Time:1657 Et Trn:2012031500278251 Seq:201203150013517O/048942 Orig:Deborah D Stuckey ID:65451833401998 Snd Bk:We Lls Fargo Bank, NA ID:121000248 Pmt Det:000019484 Ref: Deborah Stuckey |
| 03-15 | 9,990.00+ | 615,170.48 | Wire Type:Wire IN Date: 120315 Time:1044 Et Trn:2012031500154149 Seq:031518883011244/011126 Orig:Mr Steven Blackburn ID:609130186120 Snd Bk:DE Utsche Bank Trust Co. Ameri ID:021001033 Pmt Det:A Ba 063000047 |
| 03-15 | 12.00- | 615,158.48 | Wire Transfer Fee |
| 03-15 | 12.00- | 615,146.48 | Wire Transfer Fee |
| 03-15 | 12.00- | 615,134.48 | Wire Transfer Fee |
| 03-16 | 0.27+ | 615,134.75 | First Dakota Nat Des:Ibtransfer ID:619200014131 Indn:619200014131        Co ID:Xxxxxxxxx  Ppd |
| 03-16 | 0.06+ | 615,134.81 | First Dakota Nat Des:Ibtransfer ID:619200014131 Indn:619200014131        Co ID:Xxxxxxxxx  Ppd |
| 03-16 | 40.00- | 615,094.81 | Account Research Fee Fdes Nnf 0001928 Nbkma41 |
| 03-20 | 207,700.00+ | 822,794.81 | Wire Type:Wire IN Date: 120320 Time:1520 Et Trn:2012032000018993 Seq:120320004866000/001926 Orig:Unickel International Exp ID:9849996518 Snd Bk:Manufacturers & Traders Trust ID:022000046 |
| 03-26 | 822,694.81- | 100.00 | Legal Order. Lts U032312000717 |
| 03-26 | 100.00- | 0.00 | Legal Order Fee,Lts U032312000717 |
| 04-03 | 0.13+ | 0.13 | Paypal        Des:Verifybank ID:10SZ4J222Bgcvjn Indn:Kaller Carl        Co ID:Paypalrd33 Ppd |
| 04-03 | 0.13+ | 0.26 | Paypal        Des:Verifybank ID:205Z4J222Bgcvjn Indn:Kaller Carl        Co ID:Paypalrd33 Ppd |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 379,013.62 | 03-15 | 615,134.48 | 03-26 | 0.00 |
| 03-12 | 400,981.62 | 03-16 | 615,094.81 | 04-03 | 0.26 |
| 03-14 | 410,969.62 | 03-20 | 822,794.81 | | |

8

Ezeemo000570

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 3
Statement Period
06-10-11 through 07-08-11
B 05 E A E PA 5
Number of checks enclosed. 0
Account Number  7424

## Regular Checking

### GODWIN EZEEMO  WINIFRED C N EZEEMO

### Your Account at a Glance

| | | |
|---|---:|---|
| Account Number | 0055 0076 7424 | |
| Beginning Balance on 06-10-11 | $ | 2,235.89 |
| Deposits and Other Additions | + | 10,000.00 |
| ATM and Debit Card Subtractions | - | 13.94 |
| Service Charges and Other Fees | - | 12.00 |
| Other Subtractions | - | 325.50 |
| Ending Balance on 07-08-11 | $ | 11,884.45 |

### Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-28 | 13.94- | 2,221.95 | CheckCard  0627 Yahoo  *sokkainternati 800-318-0870 CA 24692161178000250142949 Recurring |
| 07-01 | 325.50- | 1,896.45 | Embassy of God  Bill Payment |
| 07-08 | 10.000.00+ | 11,896.45 | Wire Type:Wire IN Date: 110708 Time:1232 Et Trn:2011070800187577 Seq:189433884/002807 Orig:Leon Li Heng Wu ID:003088030984794 Snd Bk:Hsb C Bank USA ID:021001088 Pmt Det:SD0111189P000158 |
| 07-08 | 12.00- | 11,884.45 | Wire Transfer Fee |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 2,235.89 | 07-01 | 1,896.45 |
| 06-28 | 2,221.95 | 07-08 | 11,884.45 |





**Ezeemo000540**

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 4
Statement Period
07-09-11 through 08-10-11
B 05 E A E P A 5
Number of checks enclosed. 0
Account Number

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 07-12 | 8,000.00+ | 19,884.45 | Wire Type:Wire IN Date: 110712 Time:1204 Et Trn:2011071200149327 Seq:0684900193Es/002386 Orig:Lori A Moore ID:965723414 Snd Bk:Jpmorgan Cha SE Bank, NA ID:021000021 Pmt Det:Dcd Of 11/07/12 F OR Sgt Pitre James |
| 07-12 | 12.00- | 19,872.45 | Wire Transfer Fee |
| 07-15 | 50,000.00+ | 69,872.45 | Wire Type:Wire IN Date: 110715 Time:1619 Et Trn:2011071500300177 Seq:196466869/004995 Orig:Leon Li Heng Wu ID:003088030984794 Snd Bk:Hsb C Bank USA ID:021001088 Pmt Det:SD0311196P000003 |
| 07-15 | 12.00- | 69,860.45 | Wire Transfer Fee |
| 07-19 | 54,500.00+ | 124,360.45 | Deposit |
| 07-27 | 13.94- | 124,346.51 | CheckCard 0726 Yahoo *sokkainternati 800-318-0870 CA 24692161207000460710894 Recurring |
| 07-28 | 100,000.00+ | 224,346.51 | Wire Type:Wire IN Date: 110728 Time:1606 Et Trn:2011072800250051 Seq: /002603 Orig:Leon Wu ID:4409746 Snd Bk:Amplify Federal Cre Dit Union ID:314977227 |
| 07-28 | 12.00- | 224,334.51 | Wire Transfer Fee |
| 07-29 | 0.20- | 224,334.71 | Amplify Fcu      Des:Microdep  ID:             12 Indn:Leon Wu          Co ID:0314977227 Ppd Pmt Info: |
| 07-29 | 0.19- | 224,334.90 | Amplify Fcu      Des:Microdep  ID:             13 Indn:Leon Wu          Co ID:0314977227 Ppd Pmt Info: |
| 08-02 | 100,000.00+ | 324,334.90 | Wire Type:Wire IN Date: 110802 Time:1626 Et Trn:2011080200230440 Seq: /002749 Orig:Leon Wu ID:4409746 Snd Bk:Amplify Federal Cre Dit Union ID:314977227 |
| 08-02 | 12.00- | 324,322.90 | Wire Transfer Fee |
| 08-03 | 3,649.00+ | 327,971.90 | NY Tlr transfer Banking Ctr 86Th And Lexington Avenu #0000115 NY Confirmation# 0637637902 |
| 08-05 | 7,960.00+ | 335,931.90 | Counter Credit |
| 08-10 | 222,000.00- | 113,931.90 | Check       152 |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) |
|---|---|---|
| 152 | 08-10 | 222,000.00 |

**Total Checks Posted $222,000.00**

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 11,884.45 | 07-19 | 124,360.45 | 07-29 | 224,334.90 |
| 07-12 | 19,872.45 | 07-27 | 124,346.51 | 08-02 | 324,322.90 |
| 07-15 | 69,860.45 | 07-28 | 224,334.51 | 08-03 | 327,971.90 |

10

Ezeemo000543

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 3
Statement Period
08-11-11 through 09-09-11
B 05 E A E PA  5
Number of checks enclosed: 0
Account Number:         7424

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 08-12 | 7,000.00+ | 120,931.90 | Counter Credit |
| 08-22 | 120,000.00+ | 240,931.90 | Wire Type:Wire IN Date: 110822 Time:1120 Et Trn:2011082200151782 Seq: /000532 Orig:Leon Wu ID:4409746 Snd Bk:Amplify Federal Cre Dit Union ID:314977227 |
| 08-22 | 12.00- | 240,919.90 | Wire Transfer Fee |
| 08-25 | 15,000.00+ | 255,919.90 | Wire Type:Wire IN Date: 110825 Time:1412 Et Trn:2011082500202515 Seq:41100047/001360 Orig:Laquana N Davis ID:7050958250 Snd Bk:Capital One, National Associa ID:065000090 |
| 08-25 | 12.00- | 255,907.90 | Wire Transfer Fee |
| 08-29 | 8,900.00+ | 264,807.90 | Counter Credit |
| 08-29 | 2,290.00- | 267,097.90 | Wire Type:Wire IN Date: 110829 Time:0705 Et Trn:2011082900097127 Seq:082911744132/186150 Orig:Yuka Shibuya ID:8015200869175 Snd Bk:Deutsche Bank Trust Co. Ameri ID:0103 |
| 08-29 | 2,000.00+ | 269,097.90 | Counter Credit |
| 08-29 | 13.94- | 269,083.96 | CheckCard 0827 Yahoo *sokkainternati 800-318-0870 CA 24692161239000348678091 Recurring |
| 08-29 | 12.00- | 269,071.96 | Wire Transfer Fee |
| 08-30 | 4,000.00+ | 273,071.96 | Counter Credit |
| 09-06 | 2,000.00- | 271,071.96 | NJ Tlr cash withdrawal from Chk 7424 Banking Ctr Orange          #0093046 NJ Confirmation# 8633627963 |
| 09-07 | 2,155.00- | 268,916.96 | Check    153 |
| 09-08 | 20,000.00- | 248,916.96 | Check    137 |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|
| 137 | 09-08 | 20,000.00 | 153* | 09-07 | 2,155.00 |

**Total Checks Posted $22,155.00**

* Gap in sequential check numbers

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 113,931.90 | 08-25 | 255,907.90 | 09-06 | 271,071.96 |
| 08-12 | 120,931.90 | 08-29 | 269,071.96 | 09-07 | 268,916.96 |
| 08-22 | 240,919.90 | 08-30 | 273,071.96 | 09-08 | 248,916.96 |

| |

**Ezeemo000547**

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 3
Statement Period
09-10-11 through 10-07-11
B 05 E A E PA 5
Number of checks enclosed: 0
Account Number: ▓▓▓▓ 7424

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 09-14 | 245,000.00- | 3,916.96 | Check    155 |
| 09-15 | 4,000.00+ | 7,916.96 | Wire Type:Wire IN Date: 110915 Time:1008 Et Trn:2011091500140427 Seq:110915007737/000630 Orig.Dr Marilyn Jansen ID:000152302797559 Snd Bk:U .S. Bank,N.A. ID:081000210 Pmt Det:110915007737 |
| 09-15 | 12.00- | 7,904.96 | Wire Transfer Fee |
| 09-16 | 4,450.00+ | 12,354.96 | Counter Credit |
| 09-19 | 9,000.00+ | 21,354.96 | Counter Credit |
| 09-19 | 9,000.00+ | 30,354.96 | Counter Credit |
| 09-20 | 70,000.00+ | 100,354.96 | Wire Type:Wire IN Date: 110920 Time:1149 Et Trn:2011092000154161 Seq: /000743 Orig:Leon Wu ID:4409746 Snd Bk:Amplify Federal Cre Dit Union ID:314977227 |
| 09-20 | 12.00- | 100,342.96 | Wire Transfer Fee |
| 09-21 | 2,500.00+ | 102,842.96 | Counter Credit |
| 09-26 | 5,000.00+ | 107,842.96 | Counter Credit |
| 09-27 | 19,000.00+ | 126,842.96 | Counter Credit |
| 09-28 | 989.54+ | 127,832.50 | Wire Type:Fx IN Date:110928 Time:0529 Et Trn:2011092800066465 Fx:GBP 660.00 1.4993 Orig:Iain Wallace ID:Gb32Rbos83230800 Orig Bk:Roya L Bank Of Scotland Plc ID:Rbosgb2L |
| 09-28 | 13.94- | 127,818.56 | CheckCard  0927 Yahoo  *sokkainternati 800-318-0870 CA 24692161270000987532583 Recurring |
| 10-04 | 60,000.00+ | 187,818.56 | Wire Type:Wire IN Date: 111004 Time:1357 Et Trn:2011100400183003 Seq: /001608 Orig:Leon Wu ID:4409746 Snd Bk:Amplify Federal Cre Dit Union ID:314977227 |
| 10-04 | 12.00- | 187,806.56 | Wire Transfer Fee |
| 10-06 | 9,100.00+ | 196,906.56 | Counter Credit |
| 10-06 | 100,000.00- | 96,906.56 | Check    136 |

## Checks Posted in Numerical Order

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|
| 136 | 10-06 | 100,000.00 | 155* | 09-14 | 245,000.00 |

Total Checks Posted $345,000.00

* Gap in sequential check numbers.

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 248,916.96 | 09-19 | 30,354.96 | 09-27 | 126,842.96 |
| 09-14 | 3,916.96 | 09-20 | 100,342.96 | 09-28 | 127,818.56 |
| 09-15 | 7,904.96 | 09-21 | 102,842.96 | 10-04 | 187,806.56 |
| 09-16 | 12,354.96 | 09-26 | 107,842.96 | 10-06 | 96,906.56 |

12

Ezeemo000550

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 4
Statement Period
10-08-11 through 11-07-11
B 05 E A E PA 5
Number of checks enclosed: 0
Account Number█████████7424

## Regular Checking

GODWIN EZEEMO   WINIFRED C N EZEEMO

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0055 0076 7424 |
| Beginning Balance on 10-08-11 | $ | 96,906.56 |
| Deposits and Other Additions | + | 210,973.70 |
| Checks Posted | - | 275,838.42 |
| ATM and Debit Card Subtractions | - | 13.94 |
| Service Charges and Other Fees | - | 64.00 |
| Ending Balance on 11-07-11 | $ | 31,963.90 |

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 10-13 | 4,000.00+ | 100,906.56 | Counter Credit |
| 10-17 | 19,000.00+ | 119,906.56 | Counter Credit |
| 10-17 | 9,200.00+ | 129,106.56 | Counter Credit |
| 10-17 | 6,000.00+ | 135,106.56 | Counter Credit |
| 10-19 | 20,838.42- | 114,268.14 | Check      139 |
| 10-24 | 150,000.00+ | 264,268.14 | Wire Type:Wire IN Date: 111024 Time:1231 Et Trn:2011102400171660 Seq: /001049 Orig:Leon Wu ID:4409746 Snd Bk:Amplify Federal Cre Dit Union ID:314977227 |
| 10-24 | 3,000.00+ | 267,268.14 | Wire Type:Wire IN Date: 111024 Time:0947 Et Trn:2011102400126608 Seq:42474761/000228 Orig:Shirley R Parker OR ID:0811571237 Snd Bk:Capi Tal One, National Associa ID:065000090 |
| 10-24 | 12.00- | 267,256.14 | Wire Transfer Fee |
| 10-24 | 12.00- | 267,244.14 | Wire Transfer Fee |
| 10-27 | 1,004.10+ | 268,248.24 | Wire Type:Wire IN Date: 111027 Time:0515 Et Trn:2011102700036274 Seq:G011300057780I/001298 Orig:Damian John Kaye ID:014585480776181 Snd Bk:Ci Tibank N.A. ID:021000089 Pmt Det:Ffc 005500767424 G Ezeemo |
| 10-27 | 12.00- | 268,236.24 | Wire Transfer Fee |
| 10-28 | 769.60~ | 269,005.84 | Wire Type:Fx IN Date:111028 Time:1018 Et Trn:2011102800141832 Fx:GBP 500.00 1.5392 Orig:Gordon Mcdonald ID:Gb46Rbos83262000 Orig Bk:R Oyal Bank Of Scotland Plc ID:Rbosgb2L Pmt Det:Gord On Mcdonald |
| 10-28 | 16.00- | 268,989.84 | Wire Transfer Fee |
| 10-31 | 13.94- | 268,975.90 | CheckCard  1028 Yahoo  *sokkainternati 800-318-0870 CA 24692161301000419299747 Recurring |
| 11-02 | 10,000.00+ | 278,975.90 | Counter Credit |
| 11-03 | 5,000.00+ | 283,975.90 | Wire Type:Wire IN Date: 111103 Time:1129 Et Trn:2011110300143910 Seq:11J103095038A/00/000080 Orig:Patsy K Easterling ID:74348194 Snd Bk:Bancorp South Bank ID:065300486 |

✓ (6)

13

Ezeemo000553

H

GODWIN EZEEMO
WINIFRED C N EZEEMO

Page 2 of 3
Statement Period
11-08-11 through 12-08-11
B 05 E A E PA 5
Number of checks enclosed: 0
Account Number ███ 7424

## Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 11-08 | 1,800.00+ | 33,763.90 | AZ Tlr transfer<br>Banking Ctr Prescott Willow Creek    #0008525 AZ<br>Confirmation# 5377022356 |
| 11-09 | 4,500.00+ | 38,263.90 | Counter Credit |
| 11-22 | 3,000.00+ | 41,263.90 | Counter Credit |
| 11-28 | 13.94- | 41,249.96 | CheckCard 1126 Yahoo  *sokkainternati<br>800-318-0870 CA 24692161330000601750320 Recurring |
| 12-02 | 15,975.00+ | 57,224.96 | Wire Type:Wire IN Date: 111202 Time:0718 Et<br>Trn:2011120200101477 Seq:S0613360310C0J/010151<br>Orig:Richard Malcolm Smith ID:814548665 Snd Bk:Cit<br>Ibank N.A. ID:021000089 |
| 12-02 | 12.00- | 57,212.96 | Wire Transfer Fee |
| 12-08 | 700,000.00+ | 757,212.96 | Wire Type:Wire IN Date: 111208 Time:1154 Et<br>Trn:2011120800156214 Seq:1208723508010656/010540<br>Orig:Ty Holdings Ltd ID:5090073425 Snd Bk:Deutsche<br>Bank Trust Co. Ameri ID:021001033 Pmt Det:Persona<br>L Acct Credit |
| 12-08 | 12.00- | 757,200.96 | Wire Transfer Fee |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 31,963.90 | 11-22 | 41,263.90 | 12-08 | 757,200.96 |
| 11-08 | 33,763.90 | 11-28 | 41,249.96 | | |
| 11-09 | 38,263.90 | 12-02 | 57,212.96 | | |

14

Ezeemo000557

*Enclosure (9)*

TO:     THE ATTORNEY GENERAL OF THE UNITED STATES
          C/O U.S. ATTORNEY FOR THE DISTRICT OF WESTERN TEXAS

          ADDRESS:
          United States Attorney's Office
          601 NM Loop 410, Suite 600
          San Antonio, Texas 78216

CC:     United States Secret Service
          265 Church Street, #1201
          New Haven, CT 06510

FROM:   LEON LI-HENG Wu
          13750 Dutch Hollow Drive
          Frisco, TX 75033
          SS#  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
          Tel No:  972-867-6857

1. I, Leon Li-heng Wu. Assert that I am a victim of internet crime of an advance fee scam by a woman Salerno J Jones throughout the year of 2011. As a result of this scam, I lost $1,842,804 without having any knowledge that Salerno J Jones was engaging illegal activity. The money was wired to several entities. All twenty two wiring receipts are enclosed in the attachment . As far as I know, the money of twenty two wiring receipts is possessed by those persons as account owners in those wiring receipts.

2. There are seven wiring receipts ( wiring receipt #1,#3,#4,#7,#12,#15 and #20 among the twenty two wiring receipts  were wired to account owned by  G. Ezeemo, with account no #005500767424 of Bank of America. The total amount is $610,000. At least, the last four digits of account no #005500767424 are the same as that of the asset seized by United State Secret Service with asset identifier as 12-USS-001431.

3. This is an internet crime. I met a girl in 2011, whose name is Salerno J Joan. Her email address is salernojoan@yahoo.com. Her email address kept on changing. From salernojoan@yahoo.com changed to Salernojoan20@yahool.com.  From salernojoan20@yahoo.com changed to Salernojoan20@gmail.com. From salernojoan20@gmail.com changed to Salernojoan2020@gmail.com. From salernojoan2020@gmail.com changed to Salernojoan202020@gmail.com. She told me the reason is that she believed someone had broken into her email account.

   When we first met in the internet, she told me that she was studying in a college near Austin, Texas. Later on she told me by email. She moved to Nigeria to take care

of her late mother property there.  We continue corresponds with emphasis what a pair of loving partner should behavior. Right away, she asked me to send her money for burying her late mother corpse. I sent her 5000 dollars. Subsequently, Western Union refused to delivery to Salerno, telling me it is a fraud. I listen to Western Union and put the money back to my account. And I did not believed any word Salerno said from that moment on.

Around early June 2011, she told me she was in London UK. She first called me from phone. She seemed to yell at me at the phone. I thought at that time if a girl yelled at you. Then she might not be a bad girl. I asked her if she was in real trouble. She told me she had borrowed money from Mrs. Hannah to bury her mother. She now worked as a baby sitter for Hannah and she started working on getting her inheritance from her parent. I believed her story with no reasonable explanation

She wrote me through Gmail to ask me to contact Stephen Borgu, Keytech Security, phone no: +447855918696, email address is stephenborgu@rocketmail.com to help her to claim the inheritance from Mr. & Mrs. Joan—her parents—Richard Joan and Jay Joan and put —Leon Liheng Wu & Salerno J Joan as Beneficiaries.

Stephen told me to precede with the claim of Mr. and Mrs. Joan inheritances, I have to pay some fee and also the two beneficiaries (Salerno Joan and Leon Liheng Wu) will have to be present there to sign all the necessary documents for the release of the inheritance. So I flied to London and stay in a hotel Britannia International, Marsh Wall, London.  I and Salerno J Joan met Stephen in a conference room of a building. I and Salerno signed the document. Stephen told me the amount of money to pay to him for protecting the inheritance.  Later on, I wired the money to him from Austin. Then I fly back to Austin TX. Salerno was supposed to meet the Lloyd bank officer to set up account (inheritance) closing date to get the money out. The Lloyd bank officer told Salerno there were inheritance processing fee. Again I wired money to Salerno to pay for that. Then Lloyd bank officer told Salerno they required certificate of ownership and anti-terrorism. I wired money to pay for them.

All wiring receipts, wiring from Vanguard co and Amplify credit union in Austin, TX are included in the attachment .  The total amount of money is $1,842,804.  The wiring receipts were traced by department of homeland secret service agent Mr. Michael Shove.  Mr. Shove found out that there were many victims of the scam. All scam money eventually was wired to a single account.   The investigation of the case (Case # with the secret service: 107-813-25051-S) is still in progress.  Michael Shove can be reached with phone no: 203 865 2449 and mobile no as: 646 530 1292. His email address is: michael.shove@usss.dhs.gov.

This case was originally filed as IC3 Complaint (Internet Crime Complaint Center). The compliant ID is I1111250137404192.

4. I affirm that if I receive any compensation for my losses, that I will immediately notify the officer who grants this petition (if this is granted) of that fact.

5. I understand that this petition will be governed by the regulation, including definitions of terms such as "victim" and "related offense" set forth in 28 C.F.R. section 9.1 et seq.

Enclosures

Attachment

Vanguard wiring receipt #1 and #2
Amplified Credit Union wiring receipts #3- #22

*Enclosure (16)*



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*
*157 Church Street*
*New Haven, Connecticut 06510*

*(203) 821-3700*
*Fax (203) 773-5373*
*www.justice.gov/usao/ct*

May 15, 2013

Leon Wu
c/o David Wu
2034C Eastlake Avenue
Seattle, WA 98102

Re:   <u>United States v. $822,694.81 in United States Currency, Seized from Account No.
XXXXXXXX7424, held in the name of Godwin Ezeemo and Winifred C. N. Ezeemo at
Bank of America</u>; Civil No. 3:13CV545 (RNC)

Dear Mr. Wu:

    It has come to our attention that you may be a victim of fraud as a result of depositing funds into
a Bank of America account in the name of Godwin Ezeemo, Goddy Ezeemo or G. Ezeemo.  For your
information, I am providing the following information about a certain asset seized by the United States:

        Asset:      $822,694.81 in United States Currency, Seized from Account No.
XXXXXXXX7424, held in the name of Godwin Ezeemo and Winifred C.
N. Ezeemo at Bank of America.

        Seizing Agency:    United States Secret Service
265 Church Street, #1201
New Haven, CT 06510

        Asset Identifier:   12-USS-001431

    I have attached a model Petition for Remission or Mitigation of Non-Owner Victims for your
use, should you believe you are entitled to file a petition as a non-owner victim pursuant to the attached
regulations.

        Very truly yours,

        DEIRDRE M. DALY
        ACTING UNITED STATES ATTORNEY

        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY

Enclosures

MODEL PETITION TO THE ATTORNEY GENERAL FOR REMISSION OR MITIGATION OF
CRIMINAL FORFEITURE, OR CIVIL FORFEITURE PURSUANT TO 18 U.S.C. § 981(e)(6),
BY A NON-OWNER VICTIM OF THE UNDERLYING OR RELATED OFFENSE

TO:          THE ATTORNEY GENERAL OF THE UNITED STATES
C/O U.S. ATTORNEY FOR THE DISTRICT OF [fill in district where forfeiture took
place]
ADDRESS [fill in address of U.S. Attorney's Office]

[Send copy to the seizing agency in the district where the seizure took place or, in the
case of the DEA, at the address set forth in 28 C.F.R. § 9.4(e).]

FROM:      [Name, address, social security or other taxpayer identification number, daytime
telephone number]

1. I, [name of petitioner], assert that I am a victim of the offense committed by defendant(s),
[give name of defendant(s)], who was/were convicted in [give full name and number of case, with date of
conviction], or of a related offense, having lost the following property to the defendant(s) as a direct
result of that offense or related offense, without having any knowledge that defendant(s) was/were
engaged in illegal activity: [describe the property in detail, including serial numbers, legal descriptions,
etc. as appropriate; any evidence of the fair market value of the property as of the date of the loss; any
information concerning the present whereabouts of the property; and any information concerning the
agency which seized the property, the asset identifier number and the date and place of seizure].

2. The circumstances which led to my being a victim are as follows: [describe in detail how you
were victimized, providing names of witnesses, dates and locations, attaching copies of relevant
documents and, if you turned over property to the defendant(s), explaining how you were induced to do
so and what, if any, direct or indirect benefits you received].

3. I have made the following efforts to receive compensation for my losses: [describe in detail all
attempts to be reimbursed and the outcome or present status of those efforts]. I am unaware of any other
assets of the defendant(s) against which I might have recourse, except the following: [state any
information you have suggesting the defendant(s) has/have any other assets].

4. I affirm that if I receive any compensation for my losses, that I will immediately notify the
official who grants this petition (if it is granted) of that fact.

5. I understand that this petition will be governed by the regulations, including definitions of
terms such as "victim" and "related offense," set forth in 28 C.F.R. § 9.1 et seq.

DECLARATION

State of: _____

County of: _____

I hereby declare under penalty of perjury that the foregoing petition, including any attachments thereto, is true and correct in every respect.

Executed: _____       _____
　　　　　 [Enter date signed]       [Signature of Petitioner]

**NOTE:  SIGNATURE OF PETITIONER MUST BE NOTARIZED**

[IF REPRESENTED BY AN ATTORNEY]

DECLARATION OF REPRESENTED PETITIONER

State of: _____

County of: _____

I hereby declare under penalty of perjury that I have authorized
_____, _____ to represent me in this
　[Name of attorney]　　　[Address of attorney]
proceeding, that I have fully reviewed the petition, including any attachments thereto, and that the petition and any such attachments are true and correct in every respect.

Executed: _____       _____
　　　　　 [Enter date signed]       [Signature of Petitioner]

**NOTE:  SIGNATURE OF PETITIONER MUST BE NOTARIZED**

## DECLARATION OF ATTORNEY REPRESENTING PETITIONER

State of:         _____

County of:        _____

    I hereby declare under penalty of perjury that upon information and belief the foregoing petition, including any attachments thereto, is true and correct in every respect.

Executed:         _____         _____
               [Enter date signed]         [Signature of Attorney]